**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLADYS APONTE, | Case No. 1:19-cv-05260 |
| Plaintiff, | |
| v. | Judge Sunil R. Harjani |
| ILLINOIS WORKER'S COMPENSATION COMMISSION, | Magistrate Judge Heather K. McShain |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE HER RESPONSE TO DEFENDANT'S BILL OF COSTS**

Plaintiff Gladys Aponte ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully moves for a 30-day extension of time, up to and including June 5, 2026, to file her Response to Defendant's Bill of Costs. In support of this request, Plaintiff states as follows:

1. On March 5, 2026, the Court granted Defendant's Motion for Summary Judgment and entered judgment in Defendant's favor. (Dkt. No. 194-195.)

2. On April 3, 2026, Plaintiff filed her Notice of Appeal with respect to the Court's decision granting Defendant's Motion for Summary Judgment. (Dkt. No. 196.)

3. On April 6, 2026, Defendant filed its Bill of Costs. (Dkt. No. 201-202.)

4. This Court subsequently set the following briefing schedule for Defendant's Bill of Costs: Plaintiff's Response due by May 6, 2026, and Defendant's Reply due by May 20, 2026. (Dkt. No. 203.)

5. The Parties have been negotiating a potential resolution of this matter, and recently agreed to a settlement in principle, which would moot the need for a response to Defendant's Bill

2

of Costs. However, the Parties require additional time to finalize and memorialize the specific terms of this settlement.

6.      In order to allow sufficient to continue settlement negotiations and avoid any unnecessary briefing, Plaintiff requests an extension of 30 days to file her Response to Defendant's Bill of Costs.

7.      Federal Rule of Civil Procedure 6(a)(1) allows for an extension of time when sought prior to the expiration of a court ordered deadline and upon a showing of good cause.

8.      Plaintiff's motion is timely, as it comes before the deadline for which this Court ordered her to file her Response, and good cause exists, as she seeks this extension for the sole purpose of allowing time to continue settlement negotiations.

9.      Counsel for Plaintiff has conferred with Counsel for Defendant, who has no objection to this extension.

10.      This Motion is brought in good faith and is not being made for purposes of improper delay.


WHEREFORE, Plaintiff, Gladys Aponte, respectfully requests that this Honorable Court grant this Motion and enter an Order granting her until June 5, 2026 to file her Response to Defendant's Bill of Costs. Defendant's Reply would then be due on June 19, 2026.

325568451v.2

DATED May 1, 2026

Respectfully submitted,

Gladys Aponte

By: */s/ James P. Nasiri*
       **Counsel for Plaintiff**

Katherine Mendez
kmendez@seyfarth.com
Michael J. Cederoth
mcederoth@seyfarth.com
James P. Nasiri
jnasiri@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

3

325568451v.2

## CERTIFICATE OF SERVICE

I, James P. Nasiri, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing document, to be served upon the following, via the Court's electronic ECF filing system, on May 1, 2026:

Maebetty Kirby
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
115 S. LaSalle Street, 27th Floor
Chicago, Illinois 60603
mary.kirby@ilag.gov

/s/ *James P. Nasiri*
Counsel for Plaintiff

4

325568451v.2