# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Gladys Aponte

Plaintiff,

v.

Case No.: 1:19−cv−05260
Honorable Sunil R. Harjani

Illinois Workers' Compensation Commission, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 4, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's unopposed motion for an extension of time to respond to Defendant's bill of costs [204] is granted to and including 6/5/2026. Defendant's reply is now due 6/19/2026. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.