**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Gladys Aponte, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 cv 5260 |
| | ) | |
| v. | ) | |
| | ) | Hon. Sunil R. Harjani |
| Illinois Workers' Compensation Commission, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO WITHDRAW BILL OF COSTS**

Defendant Illinois Workers' Compensation Commission ("Commission"), by and through its attorney, Kwame Raoul, Attorney General for the State of Illinois, moves this court unopposed to withdraw its bill of costs and its motion in support thereof. In support of this motion, the Commission states as follows:

1.      Pursuant to Federal Rule of Civil Procedure 54(b), the Commission filed a bill of costs, seeking costs in the amount of $4,517.55, and a motion in support of its request for costs. Dkt. No. 201 (bill of costs); Dkt. No. 202 (motion).

2.      On May 29, 2026, the parties filed a stipulated motion to dismiss Aponte's appeal with prejudice. 7th Cir. Case No. 26-1656, Dkt. No. 8.

3.      The Commission now withdraws its bill of costs and supporting motion. Dkt. Nos. 201, 202.

4.      Counsel for Plaintiff Gladys Aponte has reviewed a copy of this motion and agrees to the relief requested.

1

June 1, 2026

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

/s/ *Maebetty Kirby*

Maebetty Kirby
Assistant Attorney General
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 S. LaSalle Street
Chicago, Illinois 60603 (773) 590-7857
mary.kirby@ilag.gov