## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Gladys Aponte

                         Plaintiff,

v.

                         Case No.: 1:19−cv−05260
                         Honorable Sunil R. Harjani

Illinois Workers' Compensation Commission, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

     MINUTE entry before the Honorable Sunil R. Harjani: Defendant's motion to withdraw motion for bill of costs [208] is granted. Defendant's motion [22] is hereby withdrawn. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.